1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JANAKI GANDHI (CABN 272246)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7050
7      Facsimile: (415) 436-7234
       E-Mail: janaki.gandhi@usdoj.gov
8
   Attorneys for the United States of America

FILED

SEP 16 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANTONIO DIAZ SANCHEZ, <br> Defendant. | No. CR 13-0498 JST <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

The parties in this case appeared before the Court on September 13, 2013. At that time, defense counsel represented that additional time would be required to review discovery provided by the government and reach a possible resolution in the case with the government. As a result, the Court set the matter to October 4, 2013. See 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties have agreed to exclude the period of time between September 13, 2013, and October 4, 2013, from any time limits applicable under 18 U.S.C. § 3161. The parties agreed that granting the exclusion would maintain continuity of counsel and allow the reasonable time necessary for effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such an exclusion of time outweigh the

best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: September 13, 2013         /s/
                                  JANAKI GANDHI
                                  Special Assistant United States Attorney

DATED: September 13, 2013         /s/
                                  STEVEN KALAR
                                  Attorney for Defendant Antonio Diaz Sanchez

[~~PROPOSED~~] ORDER

For the reasons stated above and at the September 13, 2013, hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 13, 2013, to October 4, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/16/13

THE HONORABLE JON S. TIGAR
United States District Judge